SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| RIGOBERTO GALVAN ALCAZAR,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No.  2:15-CV-02203-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of July 29, 2016, by forty-five days, to the new due date of September 12, 2016, **and all other deadlines be extended accordingly**.  This extension is requested due to the quantity briefs due between now and the due date.

1

| | |
|---|---|
| DATED: July 5, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/Carolyn B. Chen*<br>CAROLYN B. CHEN,<br>(As authorized via E-mail 07/05/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RIGOBERTO GALVAN ALCAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No. 2:15-CV-02203-KJN<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties, the request is hereby APPROVED. Plaintiff shall file his Motion For Summary Judgment on or before September 12, 2016. All other case deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: July 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3