1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN: 196293
   Ziskin Law Office
6  PO Box 753833
7  Las Vegas, NV 89136
   Telephone: (503) 889-0472
8  Facsimile: (888) 889-5776

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| RIGOBERTO GALVAN ALCAZAR, | No. 2:15-CV-02203-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 12, 2016, by fourteen days, to the new due date of September 26, 2016, **and all other deadlines be extended accordingly**. This extension is requested due to the quantity briefs due between now and the due date and several medical appointments during this time.

| | |
|---|---|
| 1    DATED:  August 31, 2016 | PHILLIP A. TALBERT |
|      | Acting United States Attorney |
| 2    | DEBORAH LEE STACHEL |
|      | Regional Chief Counsel, Region IX |
| 3    | |

*/s/ Shellie Lott*             */s/Carolyn B. Chen*
SHELLIE LOTT,              CAROLYN B. CHEN,
Attorney for Plaintiff         (As authorized via E-mail 08/31/16)
                               Special Assistant U S Attorney
                               Attorneys for Defendant

2

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RIGOBERTO GALVAN ALCAZAR,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>  Defendant. | No.  2:15-CV-02203-KJN<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before September 26, 2016.

SO ORDERED.

Dated:  September 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3