PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RIGOBERTO GALVAN ALCAZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02203-KJN<br><br>ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is November 2, 2016. The new due date will be December 19, 2016.

    There is good cause for this request. Defendant is seeking this extension due to an emergency and workload issues. Defendant's counsel had a medical emergency on Monday, October 24, 2016, and had and will continue to take some leave.

1

1    Defendant is requesting additional time up to and including December 19, 2016, to fully
2  review the record and research the issues presented by Plaintiff's motion for summary judgment.
3  This request is made in good faith with no intention to unduly delay the proceedings.
4    The parties further stipulate that the Court's Scheduling Order shall be modified
5  accordingly.

                                  Respectfully submitted,

Date: October 26, 2016            CERNEY KREUZE & LOTT, LLP

                                  *s/ Shellie Lott by C.Chen\**
                                  (As authorized by e-mail on 10/26/2016)
                                  SHELLIE LOTT
                                  Attorneys for Plaintiff

Date: October 26, 2016            PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  By *s/ Carolyn B. Chen*
                                  CAROLYN B. CHEN
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

                                       <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  October 27, 2016

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE