1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  LINDA ZISKIN, SBN: 196293
6  Ziskin Law Office
   PO Box 753833
7  Las Vegas, NV 89136
   Telephone: (503) 889-0472
8  Facsimile: (888) 889-5776

9  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RIGOBERTO GALVAN ALCAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 2:15-cv-02203-KJN<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND THREE HUNDRED AND NO CENTS ($5300.00). This amount represents a negotiated compensation for all legal services rendered on behalf of

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's attorney, Shellie Lott, at the law firm of Cerney, Kreuze and Lott, LLP, as captioned above, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered directly to Plaintiff's attorney at the address above.

This stipulation constitutes full settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: June 27, 2016
/s/ Linda Ziskin
Linda Ziskin
Of Attorneys for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel

Date: June 27, 2017
/s/    Carolyn B. Chen
(As authorized via email)
CAROLYN B. CHEN
Special Assistant United States Attorney

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 29, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)